**FILED**
November 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> FREDERICK JOHNSON, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-mj-00312-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Frederick Johnson</u>; Case <u>2:12-mj-00312-KJN</u> from custody and for the following reasons:

    <u>X</u>    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    __    Unsecured Appearance Bond in the amount of $

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>11/20/2012</u> at 3:00 pm.

By _____
Kendall J. Newman
United States Magistrate Judge